No. 458.   NEWTEX STEAMSHIP CORP: ET AL. *v.* UNITED STATES ET AL. ■ *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *S. S. Eisen* for appellants. *Acting Solicitor General Stern* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; *Harold B. Finn* and *John C. White* for the Harris County Houston Ship Channel Navigation District et al.; and *Mr. Finn* and *Warren Price, Jr.* for the Pan-Atlantic Steamship Corporation, appellees. ■

No. 461.   UNITED STATES *v.* GROWER-SHIPPERS VEGETABLE ASSOCIATION OF CENTRAL CALIFORNIA ET AL. ■ *Per Curiam:* Judgment affirmed. THE CHIEF JUSTICE, MR. JUSTICE BLACK, and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted and the case set down for argument. *Acting Solicitor General Stern* for the United States. *George M. Naus* for appellees.